IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| EDWIN O. CRESPO, | : | No. 16-2780 |
| Debtor | : | |
| EDWIN O. CRESPO, | : | Bankruptcy No. 14-11629 |
| Plaintiff, | : | Adversary No. 14-326 |
| v. | : | |
| ABIJAH TAFARI IMMANUEL, et al., | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 30th day of March, 2017, for the reasons set forth in the accompanying Memorandum, it is ORDERED the May 18, 2016, Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania is AFFIRMED.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, J.